## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN BEHRMANN and NANCY BEHRMANN, Derivatively on Behalf of Nominal Defendant DENTSPLY SIRONA INC., ) ) ) ) | CASE NO.: 1:19-CV-00772-RGA |
| Plaintiffs, ) | |
| v. ) | |
| ERIC K. BRANDT, MICHAEL C. ALFANO, DAVID K. BEECKEN, MICHAEL J. COLEMAN, WILLIE A. DEESE, THOMAS JETTER, ARTHUR D. KOWALOFF, HARRY M. JANSEN KRAEMER, JR., and FRANCIS J. LUNGER, ) ) ) ) ) ) ) ) | |
| Defendants, ) | |
| and ) | |
| DENTSPLY SIRONA INC., a Delaware Corporation, ) ) | |
| Nominal Defendant. ) | |

## ORDER

AND NOW, this 23 day of October, 2020, upon consideration of Defendants' Motion to Dismiss the Amended Complaint Pursuant to Rules 23.1, 9(b) and 12(b)(6), and the Magistrate's Report and Recommendation and the other submissions related thereto, **IT IS HEREBY ORDERED** that Plaintiffs' Amended Verified Shareholder Derivative Complaint is Dismissed with prejudice as to Plaintiffs John Behrmann and Nancy Behrmann individually on the issue of demand futility only.

_____
United States District Judge Richard G. Andrews